```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 08337
    JAMES L MATTHEWS
    GALE R MATTHEWS                          CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6360     SSN XXX-XX-0547

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/13/2006 and was confirmed 10/04/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED VEHIC       7950.00         545.40        1055.99
CAPITAL ONE AUTO FINANCE   UNSECURED           2786.35            .00            .00
HOMECOMINGS FINANCIAL      CURRENT MORTG           .00            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED            162.94            .00            .00
BALLYS TOTAL FITNESS       UNSECURED         NOT FILED            .00            .00
CBUSASEARS                 UNSECURED         NOT FILED            .00            .00
DEBT CREDIT SERVICES       UNSECURED         NOT FILED            .00            .00
DEPENDON COLLECTION SERV   UNSECURED         NOT FILED            .00            .00
CHARMING SHOPPES           UNSECURED            413.38            .00            .00
FORD MOTOR CREDIT          UNSECURED           8488.67            .00            .00
GATEWAY COMPUTERS          UNSECURED         NOT FILED            .00            .00
HARRIS                     UNSECURED         NOT FILED            .00            .00
HARRIS                     UNSECURED         NOT FILED            .00            .00
HARVARD COLLECTION SERVI   UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED            119.18            .00            .00
LVNV FUNDING               UNSECURED         NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           1015.78            .00            .00
NICOR GAS                  UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED           1250.00            .00            .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE           .00            .00            .00
GUERRERO AUTO SALES        SECURED NOT I           .00            .00            .00
ACCELERATED REHAB CENTER   UNSECURED         NOT FILED            .00            .00
ADVOCATE SOUTH SUBURB HO   UNSECURED         NOT FILED            .00            .00
MUNICIPAL COLLECTION SER   UNSECURED            250.00            .00            .00
LEXINGTON INSURANCE COMP   UNSECURED           1797.03            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,285.00                       2,189.60
TOM VAUGHN                 TRUSTEE                                             229.01
DEBTOR REFUND              REFUND                                              335.00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08337 JAMES L MATTHEWS & GALE R MATTHEWS
```

```
--------------------------------------------------------------------------
TRUSTEE                                    4,355.00

PRIORITY                                                             .00
SECURED                                                         1,055.99
    INTEREST                                                      545.40
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,189.60
TRUSTEE COMPENSATION                                              229.01
DEBTOR REFUND                                                     335.00
                                       ---------------   ---------------
TOTALS                                     4,355.00              4,355.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 06 B 08337 JAMES L MATTHEWS & GALE R MATTHEWS